# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **THELMA ELIZABETH SIERRA POZ,**<br><br>***Petitioner*****,**<br><br>**v.**<br><br>**KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; MELISSA HARPER, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF NEW ORLEANS, LOUISIANA FIELD OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; AND PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL;**<br><br>***Respondents*****.** | § | **No. 3:26-CV-00029-LS** |

## ORDER FOR UPDATED STATUS

The EOIR Automated Case Information website reflects that Petitioner is scheduled for an immigration court hearing on December 16, 2026 (last visited October 30, 2026). In this action, she seeks to return to the United States because she alleges she was wrongfully deported to Guatemala. The parties shall brief on or before **November 13, 2026,** the status of this case and the parties' respective current positions.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 30, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**