# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **THELMA ELIZABETH SIERRA POZ,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; MELISSA HARPER, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF NEW ORLEANS, LOUISIANA FIELD OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL; AND MARKWAYNE MULLIN, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-00029-LS** |

**ORDER SETTING HEARING**

The Court sets this case for a hearing **by Zoom** on **December 2, 2026, at 3:15 p.m. MST**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 23, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**